UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CS BUSINESS SYSTEMS, INC.,
JAMES L. SHELTON, VIRGINIA L.
SHELTON, BRAD HECKENBERG,
LANA C. HECKENBERG, PJS
RENTAL, LLC, WON Y. SHIN TRUST,
WON Y. SHIN, BART SUTHERIN,
KATHRYN SUTHERIN and ITZ
GROUP, LLC,

        Plaintiffs,

v.   Case No: 5:17-cv-86-Oc-40PRL

DWIGHT C. SCHAR, PAUL E.
SIMONSON, DCS INVESTMENTS
HOLDINGS GP, LLC, DCS REAL
ESTATE INVESTMENTS, LLC, DCS
REAL ESTATE INVESTMENTS I, LLC,
DCS REAL ESTATE INVESTMENTS II,
LLC, DCS REAL ESTATE
INVESTMENTS III, LLC, DCS REAL
ESTATE INVESTMENTS IV, LLC, DCS
REAL ESTATE INVESTMENTS IV-A,
LLC, DCS REAL ESTATE
INVESTMENTS V, LLC, BELLA
COLLINA PROPERTY OWNERS
ASSOC., INC., DAVID BURMAN,
AEGIS COMMUNITY MANAGEMENT
SOLUTIONS, INC., RANDALL F.
GREENE, KEITH CLARKE, PAUL
LEBREUX, RICHARD C. ARRIGHI,
JAMES D. RYAN, MICHAEL J. RYAN,
THE RYAN LAW GROUP, LLC,
CULLEN D'AMBROSIO, ROCKING
RED H, LLC, RICKY L. SCHARICH and
BELLA COLLINA TOWERS, LLC,

        Defendants.
_____/

**ORDER**

This cause is before the Court on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 10) filed on March 3, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 31, 2017 (Doc. 42), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 10) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on April 21, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties