UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CS BUSINESS SYSTEMS, INC., JAMES L. SHELTON, VIRGINIA L. SHELTON, BRAD HECKENBERG, LANA C. HECKENBERG, PJS RENTAL, LLC, WON Y. SHIN TRUST, WON Y. SHIN, BART SUTHERIN, KATHRYN SUTHERIN and ITZ GROUP, LLC, a foreign for-profit corporation

    Plaintiffs,

v.	Case No: 5:17-cv-86-Oc-PGBPRL

DWIGHT C. SCHAR, PAUL E. SIMONSON, DCS INVESTMENTS HOLDINGS GP, LLC, DCS REAL ESTATE INVESTMENTS, LLC, DCS REAL ESTATE INVESTMENTS I, LLC, DCS REAL ESTATE INVESTMENTS II, LLC, DCS REAL ESTATE INVESTMENTS III, LLC, DCS REAL ESTATE INVESTMENTS IV, LLC, DCS REAL ESTATE INVESTMENTS IV-A, LLC, DCS REAL ESTATE INVESTMENTS V, LLC, BELLA COLLINA PROPERTY OWNERS ASSOC., INC., DAVID BURMAN, AEGIS COMMUNITY MANAGEMENT SOLUTIONS, INC., RANDALL F. GREENE, KEITH CLARKE, PAUL LEBREUX, RICHARD C. ARRIGHI, JAMES D. RYAN, MICHAEL J. RYAN, THE RYAN LAW GROUP, LLC, CULLEN D'AMBROSIO, ROCKING RED H, LLC, RICKY L. SCHARICH and BELLA COLLINA TOWERS, LLC

    Defendants.
_____

# ORDER

Before the Court is the unopposed motion of *pro se* Defendant Michael J. Ryan, Esq., to deem as timely filed his notice of adoption and joinder of another defendant's motion to dismiss (Doc. 58) and his motion seeking authorization to use the CM/ECF filing system (Doc. 59).

As to his notice of adoption and joinder (Doc. 53) of Defendants Bella Collina Property Owners Assoc., Inc., David Burman, Aegis Community Management Solutions, Inc., Randall F. Greene, Keith Clarke, and Paul Lebreux's motion to dismiss (Doc. 48), Ryan submits that his notice was untimely filed. (Doc. 58). He explains the delay like this: he had assumed that he already had authorization to electronically docket his filings but that assumption was wrong; thus he had to mail his notice to the clerk—a process that, of course, took much longer than electronic submission and resulted in the notice being filed after the applicable deadline. Upon due consideration, *pro se* Defendant Ryan's unopposed motion to deem his notice of adoption and joinder timely filed (Doc. 58) is **GRANTED**.

As to Ryan's motion to use the CM/ECF filing system, he represents that he has been a member in good standing in the Southern District of Florida since 1976 and is familiar with the federal ECF system. Accordingly, Ryan's motion for authorization to use the CM/ECF filing system (Doc. 59) is also **GRANTED**. *See* MIDDLE DISTRICT ADMINISTRATIVE PROCEDURES FOR ELECTRONIC FILING, at II.A.2. (June 5, 2015) ("A pro se litigant (i.e., an individual proceeding without legal representation) is not permitted to file electronically, absent authorization by the Court.").

**DONE** and **ORDERED** in Ocala, Florida on April 25, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties