UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CS BUSINESS SYSTEMS, INC., JAMES L. SHELTON, VIRGINIA L. SHELTON, BRAD HECKENBERG, LANA C. HECKENBERG, PJS RENTAL, LLC, WON Y. SHIN TRUST, WON Y. SHIN, BART SUTHERIN, KATHRYN SUTHERIN and ITZ GROUP, LLC, a foreign for-profit corporation

    Plaintiffs,

v.                                                                                                       Case No: 5:17-cv-86-Oc-PGBPRL

DWIGHT C. SCHAR, PAUL E. SIMONSON, DCS INVESTMENTS HOLDINGS GP, LLC, DCS REAL ESTATE INVESTMENTS, LLC, DCS REAL ESTATE INVESTMENTS I, LLC, DCS REAL ESTATE INVESTMENTS II, LLC, DCS REAL ESTATE INVESTMENTS III, LLC, DCS REAL ESTATE INVESTMENTS IV, LLC, DCS REAL ESTATE INVESTMENTS IV-A, LLC, DCS REAL ESTATE INVESTMENTS V, LLC, BELLA COLLINA PROPERTY OWNERS ASSOC., INC., DAVID BURMAN, AEGIS COMMUNITY MANAGEMENT SOLUTIONS, INC., RANDALL F. GREENE, KEITH CLARKE, PAUL LEBREUX, RICHARD C. ARRIGHI, JAMES D. RYAN, MICHAEL J. RYAN, THE RYAN LAW GROUP, LLC, CULLEN D'AMBROSIO, ROCKING RED H, LLC, RICKY L. SCHARICH and BELLA COLLINA TOWERS, LLC

    Defendants.
_____

## ORDER

On June 6, 2017, the Court granted a motion to compel against Plaintiff ITZ Group, LLC (and other defendants) for failure to participate in discovery. (Docs. 77, 84). In that order, the Court directed ITZ Group to show cause why the attorney's fees and costs associated with the motion to compel should not be awarded against it. (Doc. 84 at 3). ITZ Group has now, however, dismissed its claims here and has been terminated from this case. (Docs. 103, 104). Further, the defendants who filed the pertinent motion to compel no longer seek an award of attorney's fees and costs against ITZ Group. (Doc. 103 at ¶2). Accordingly, and upon due consideration, the order to show cause (Doc. 84) as to ITZ Group, LLC is **DISCHARGED**.

**DONE** and **ORDERED** in Ocala, Florida on June 23, 2017.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties