# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CS BUSINESS SYSTEMS, INC., a foreign for-profit corporation, at al.,

        Plaintiffs,

v.

DWIGHT C. SCHAR, et al.

        Defendants.

_____/

NO. 5: 17-CV-86-OC-40-PRL

## OPPOSED AMENDED MOTION TO WITHDRAW
## AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 2.03(b), undersigned counsel James Ippoliti, Scott Widerman and Mark Gushiken of the law firm of Widerman Malek P.L. hereby move this Court for an Order permitting them to withdraw from further representation of all current Plaintiffs in this case, and in support state:

1. The undersigned has discussed the matter with all Plaintiffs in writing and in person.

2. The undersigned has provided the required 10-day notice under Local Rule 2.03(b) to all Plaintiffs in this matter.

3. The undersigned has provided the required 10-day notice under Local Rule 2.03(b) to all opposing council in this matter.

4. The reason for said withdrawal is irreconcilable differences that exist with the Plaintiffs.

5. Attorney Tim McCullough, the originating counsel for this case for Plaintiffs, will remain as counsel for the Plaintiffs.

6. There are currently two motions to dismiss before the Court which have yet to be ruled upon.

7. Allowing the undersigned to withdraw will not prejudice any party nor delay this proceeding, as the originating attorney for Plaintiffs is still an attorney of record for Plaintiffs in this case.

WHEREFORE, the undersigned counsels move this Court for an Order granting James Ippoliti, Scott Widerman, and Mark Gushiken from Widerman Malek P.L. to withdraw as counsel for Plaintiffs.

Respectfully Submitted: November 27, 2017

/s/ James Ippoliti
James Ippoliti, Esq.
WIDERMAN MALEK P.L.
Co-Counsel for Plaintiffs
Florida Bar Number: 102674
506 Celebration Avenue
Celebration, FL 34747
Telephone: (407) 566-0001
Fax: (407) 601-5982
jim@uslegalteam.com

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 3.01(g), co-counsel for Plaintiffs has, in good faith, conferred with all counsel of records in an effort to resolve the issues herein without Court action, but the parties were unable to resolve the issue herein. The motion was opposed only by Michael Crosbie, attorney from Shutts & Bowen LLP. This motion should therefore be considered opposed. The specific response from each defense firm is as follows:

1. Ryan Law Group PLLC; conferred on 11/17/17; Unopposed
2. Shutts & Bowen LLP; conferred on 11/17/17; Opposed

3. Traub Lieberman Straus & Shrewsbury, LLP; conferred on 11/17/17; Unopposed

4. Cole Scott & Kissane, P.A.; conferred on 11/17/17; Unopposed

5. Baker Hostetler LLP; conferred on 11/17/17; Unopposed

6. DSK Law; conferred on 11/17/17; Unopposed

## CERTIFICATE OF SERVICE

I certify that on November 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, of which will send a notice of electronic filing to all counsel of record.

*/s/ James Ippoliti, Esq.*
**Co-Counsel for Plaintiffs**