| | |
|---|---|
| **From:** | Nicole Ballante |
| **Sent:** | Wednesday, November 08, 2017 10:50 AM |
| **To:** | 'timlaw81@aol.com' |
| **Cc:** | 'shalna_law@yahoo.com'; 'jim@uslegalteam.com'; Michael D. Crosbie; Bonnie L. Pearson |
| **Subject:** | CSBS v. DCS |

Tim,

Following up on our phone call today, we expect to receive a privilege log that complies with the Federal Rules of Civil Procedure by this Friday 11/10. You stated that there are no claims of privilege for CSBS, Ms. Heckenberg, or Ms. Shelton. Additionally, we expect to receive all e-mails in native format and amended interrogatory answers, as we discussed, by 11/22. You mentioned already having the native e-mails for all plaintiffs except Mr. Shelton. Please provide those e-mails ASAP.

We will file our unopposed motion requesting that the Court take Judicial Notice of the 5th DCA Order denying your appeal in the Lake County cases. We will not agree to remove our references to Mr. Soulsby from our Response to Class Certification and we will not agree to vacate and/or disregard the several orders for sanctions entered by the Court.

Thanks,
Nicole

**Shutts**

**Nicole Ballante**
*Attorney at Law*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1000 | Orlando, FL 32801
Direct: (407) 835-6912 | Fax: (407) 849-7238
E-Mail | Biography | V-Card | Website

**\*Please note our new Suite number as of 12/1/17 – 1600\***

1

Composite Exhibit "B"

| | |
|---|---|
| **From:** | Nicole Ballante |
| **Sent:** | Thursday, November 30, 2017 4:20 PM |
| **To:** | 'E. Timothy McCullough'; 'shalna_law@yahoo.com' |
| **Cc:** | Michael D. Crosbie; Bonnie L. Pearson |
| **Subject:** | CSBS v. DCS |

Tim & Andrew,

This e-mail is to confirm our conversation that you will provide us with native e-mails by December 8th and amended interrogatory answers by December 8th. We aren't going to push this back any longer. The native e-mails should have been provided to us back in April, when plaintiffs' discovery responses were due, and the interrogatory answers should have been provided to us back in October. As I mentioned, we will file our motions to compel if we don't receive the above requested items by December 8th. Let me know if you have any questions. Thanks.

Sincerely,
Nicole

# Shutts

**Nicole Ballante**
*Attorney at Law*

## Shutts & Bowen LLP

300 South Orange Avenue, Suite 1000 | Orlando, FL 32801
Direct: (407) 835-6912 | Fax: (407) 849-7238
E-Mail | Biography | V-Card | Website

**\*Please note our new Suite number as of 12/1/17 – 1600\***

1

| | |
|---|---|
| **From:** | Nicole Ballante |
| **Sent:** | Monday, December 18, 2017 3:09 PM |
| **To:** | 'E. Timothy McCullough'; 'shalna_law@yahoo.com' |
| **Cc:** | Michael D. Crosbie |
| **Subject:** | CSBS v. DCS |

Tim & Andrew,

We have been requesting native e-mails since October. I was told that we would have them, at the latest, by the end of last week. I understand from Tim that you now have all of the native e-mails. Please provide them to us by the end of the day tomorrow or we will file a motion to compel.

Andrew – Tim said that you were working on these. Please let me know if you have any questions about delivery of the natives. Tim also said that he would discuss amending the interrogatory answers with you. We expect to receive those by January 2nd or we will file a motion to compel.

Thanks,
Nicole

# Shutts

**Nicole Ballante**
*Attorney at Law*

## Shutts & Bowen LLP

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6912 | Fax: (407) 849-7238
E-Mail | Biography | V-Card | Website

**\*Please note our new Suite number as of 12/1/17 – 1600\***

1

| | |
|---|---|
| **From:** | Andrew Shalna <shalna_law@yahoo.com> |
| **Sent:** | Friday, December 22, 2017 7:18 PM |
| **To:** | Nicole Ballante |
| **Cc:** | E. Timothy McCullough; Michael D. Crosbie |
| **Subject:** | Shelton E-mails |

Nicole,

The Shelton e-mails were uploaded this evening.

Very truly yours,

Andrew M. Shalna, Esq.
Shalna Law
7463 Conroy Windermere Rd.
Suite A
Orlando, FL 32835
Tel.: 407-601-6941
Fax. 407-601-5982
shalna_law@yahoo.com

CONFIDENTIALITY NOTE: This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and deleting it from your system.