## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

NO. 5: 17-CV-86-OC-40-PRL

JAMES L. SHELTON,
and VIRGINIA SHELTON,

    Plaintiffs,

v.                                    **RESPONSE IN OPPOSITION**
                                        **TO DOC. 224**

DWIGHT C. SCHAR, et al.

    Defendants.

_____/

### PLAINTIFFS' RESPONSE IN OPPOSITION TO
### RANDALL GREENE'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiffs, James Shelton and Virginia Shelton, by and through the undersigned, offer their Response in Opposition to Randall Greene's Motion for Judgment on the Pleadings (Doc. 224), stating as follows:

### INTRODUCTION

Plaintiffs filed their Amended Complaint on February 28, 2018 (Doc. 211). Plaintiffs then filed their RICO Case Statement on March 12, 2018 (Doc. 216).

In their Amended Complaint, Plaintiffs listed several predicate acts that formed a pattern of racketeering, including tampering with a witness. Plaintiffs described the witness tampering at length in their Amended Complaint (Doc. 211, Paragraphs 172-191).

Following his Answer (Doc. 223), Defendant Greene now seeks judgment on the pleadings of Count III of the Amended Complaint.

## ARGUMENT

Plaintiffs alleged in their Amended Complaint that Defendant Greene committed several predicate acts in furtherance of the overall conspiracy, including tampering with a witness. Plaintiffs, who conducted extensive research as to this Court's preferred *Complaint* format, utilized several different RICO complaints, of which each listed predicate acts as individual counts in support of the conspiracy and enterprise counts. The format for disclosure for averment of this particular predicate act resulted from this research, which revealed a similar type of format in the other federal RICO *Complaints.*

Plaintiffs, in an effort to cure defects that this Court found in the Original Complaint, followed these examples. It was not intended as a separate private cause of action. It was intended as a separate particularized averment of a predicate act committed by Defendant Greene in furtherance of the conspiracy.

**WHEREFORE**, Plaintiffs, James and Virginia Shelton, respectfully submit that judgment on the pleadings would be improper because this is not a separate cause of action that could result in a judgment and that the Motion for Judgment on the Pleadings be denied.

Dated: March 28, 2018                                  Respectfully submitted,

/s/ E. Timothy McCullough
E. TIMOTHY McCULLOUGH, Esq.
Trial Counsel for Plaintiffs
Florida Bar Number: 0033624
7463 Conroy Windermere Rd., Suite A
Orlando, FL 32835
Telephone: (407) 601-6941
Fax: (407) 601-5982
timlaw81@aol.com

## CERTIFICATE OF SERVICE

  I certify that on March 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, of which will send a notice of electronic filing to all counsel of record.

                */s/ E. Timothy McCullough, Esq.*
                **Attorney for Plaintiffs**