**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JAMES L. SHELTON and VIRGINIA L. SHELTON, husband**

**Plaintiffs,**

**v.** **Case No: 5:17-cv-86-Oc-PGBPRL**

**DWIGHT C. SCHAR, et al.,**

**Defendants.**

---

# ORDER

In light of the District Court's order overruling Plaintiffs' objections, (Doc. 246), Plaintiffs may file a response to the Declaration of Michael D. Crosbie, and attached documents, **on or before August 13, 2018**. (Doc. 233). Plaintiffs' response should be limited to addressing the proper amount of fees. Following receipt of Plaintiff's response, the Court will issue a Report and Recommendation as to the total amount of fees.

**DONE** and **ORDERED** in Ocala, Florida on August 2, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties